UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE:<br>Ernest William Vidal, III<br>Margarita Jimenez Vidal<br><br>**Debtors** | CASE NO: 16-51560 G |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

NOW COMES, Mary K. Viegelahn, Chapter 13 Trustee in the above captioned case, and files this Objection to Confirmation of Debtors' Chapter 13 Plan. In support thereof, the Trustee would show the Court the following:

1. On July 07, 2016, the above named Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division.

2. The Chapter 13 meeting of creditors pursuant to 11 U.S.C. § 341(a) ("341 meeting") was concluded on **August 03, 2016**.

3. Schedule B lists personal property described as "postal service retirement account" with an unknown value. The Trustee requests the Debtors amend Schedule B to include the fair market value as the amount of the retirement account is ascertainable. Further, Schedule I includes income of $2,957.24 for federal employee's compensation; however, based upon the documentation provided, the Debtor's gross income is $3,278.00 with deduction of $381.00. The Trustee questions if the deduction is for medical insurance and/or federal tax withholdings and requests clarification as to the deduction. The Trustee questions if the compensation is subject to taxation as the Debtor's testimony at the 341 meeting of creditors was that he is not withholding any funds for payment of taxes.

4. The Trustee cannot recommend Confirmation for all the reasons stated above and reserves her right to amend her objection to Confirmation.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee requests that, the Court deny confirmation of the Debtor(s)' Chapter 13 plan as it fails to meet the requirements set forth in 11 U.S.C. §§ 1325(a)(1), (a)(3) and 521(a)(1), (a)(3),dismiss Debtor(s)' Chapter 13 case; and for such other relief as the Court find just and equitable.

Date: August 15, 2016

/S/
_____
JESSICA L. HANZLIK  TSBN: 24055661
STAFF ATTORNEY FOR THE CHAPTER 13 TRUSTEE
jhanzlik@sach13.com
10500 Heritage Blvd, Ste. 201
San Antonio, TX  78216
(210) 824-1460  fax:(210) 824-1328

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: CHAPTER 13

**Ernest William Vidal, III**
**Margarita Jimenez Vidal**

DEBTOR(S) CASE NO.: **16-51560 G**

**CERTIFICATE OF SERVICE**
------------------------------------

I hereby certify that a true and correct copy of the attached document was served on **August 16, 2016** by First Class Mail, upon the following:

Debtor(s):

| | |
|---|---|
| Ernest William Vidal, III<br>Margarita Jimenez Vidal<br>PO Box 701<br>Charlette, TX 78011 | Attorney For Debtor(s)<br>MALAISE LAW FIRM<br>909 NE LOOP 410 STE 300<br>SAN ANTONIO, TX 78209 |
| Afni, Inc.<br>Attn: DP Recovery Support<br>PO Box 3427<br>Bloomington, IL 61702 | Alamo Federal Credit Union<br>c/o Blalack & Williams, PC<br>5550 LBJ Freeway, Ste. 400<br>Dallas, TX 75240 |
| Anderson Vela LLP<br>8111 LBJ Freeway, Ste. 1501<br>Dallas, TX 75251 | Atascosa County Appraisal District<br>PO Box 139<br>Poteet, TX 78065 |
| Attorney General of the US<br>Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | Barrett, Daffin Frappier<br>Turner & Engel, LLP<br>15000 Surveyor Blvd, Ste 100<br>Addison, TX 75001 |
| Charlotte ISD<br>c/o Linebarger Goggan Blair & Sampson<br>711 Navarro, Ste. 300<br>San Antonio, TX 78205 | Conns<br>Attention: Heather McAdams<br>PO Box 2358<br>Beaumont, TX 77704 |
| Credit Management<br>4200 International Pwy<br>Carrolton, TX 75007 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>CORRESPONDENCE ONLY<br>PHILADELPHIA, PA 19101-7346 |

| | |
|---|---|
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: DON STECKER<br>711 NAVARRO #300<br>SAN ANTONIO, TX  78205 | Midland Funding LLC<br>c/o American InfoSource LP<br>P.O. Box 4457<br>Houston, TX  77210 |
| NCO<br>PO Box 790113<br>St. Louis, MO  63149 | Nco Fin/33<br>9009 Corporate Lake Dr<br>Tampa, FL  33634 |
| RICHARD E. ANDERSON<br>4920 WESTPORT DRIVE<br>THE COLONY, TX  75056 | Sarma Collections<br>555 E. Ramsey Rd<br>San Antonio, TX  78216 |
| Southwest General Hospital<br>P.O. Box 846395<br>Dallas, TX  75284 | Synchrony Bank<br>P.O. Box 965064<br>Orlando, FL  32896-5064 |
| TLC Pet Hospital<br>11403 O'Connor Rd, #114<br>San Antonio, TX  78233 | US Attorney's Office<br>601 NW Loop 410, Ste 600<br>San Antonio, TX  78216 |
| US Bank Trust National Association<br>c/o SN Servicing Corporation<br>323 Fifth St.<br>Eureka, CA  95501 | VA Regional Office<br>Office of District Counsel<br>2515 Murworth Drive<br>Houston, TX  77054 |
| Western Shamrock Corporation<br>Attention:  Bankruptcy<br>801 S Abe St<br>San Angelo, TX  76903 | |

/S/
_____
JESSICA L. HANZLIK